D. Randall Ensminger, SBN 202371
ENSMINGER LAW OFFICES, P.C.
424 Lincoln Blvd., Ste. 201
Lincoln, CA 95648
(916) 434-0220 (Phone)
(916) 434-2530 (Facsimile)
Attorney for Defendants

## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRUSTMARK NATIONAL BANK, | ) | Case No.2:14-cv-01891-JAM-DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | HEARINGS ON MOTION TO |
| vs. | ) | REMAND AND MOTION FOR |
| | ) | SANCTIONS; ORDER |
| | ) | |
| VICTOR VAN DYKE and TERRY | ) | Date:  October 15, 2014 |
| ANN MEISTERING, a/k/a TERRY A. | ) | Time:  9:30 a.m. |
| MEISTERING, | ) | |
| | ) | Hon. John A. Mendez |
| Defendants. | ) | 501 I Street, 14th Floor, Courtroom 6 |
| _____ | ) | Sacramento, CA 95814 |

Come Now Defendants Victor Van Dyke and Terry A. Meistering, by and through their counsel of record, and Plaintiff, Trustmark National Bank, N.A., by and through its counsel of record, Parkinson Phinney and hereby stipulate as follows:

1. This hearings on the above stated motions were previously set for hearing on October 15, 2014 at 9:30 a.m.

2. By this stipulation, the parties agree to postpone the hearing date and time on said motions to November 5, 2014 at 9:30 a.m. so as to provide the parties additional time within which to effectuate settlement of this matter.

IT IS SO STIPULATED.

Trustmark National Bank, N.A. vs. Van Dyke, et al. – Stipulation to Continue Hearings; Order      1

Dated: October 7, 2014          PARKINSON PHINNEY
                                             Attorneys for Plaintiff

                                             /s/ Margaret Garns
                                                 Margaret Garns

Dated: October 7, 2014          /s/ D. Randall Ensminger
                                             D. Randall Ensminger
                                             Attorney for Defendants

## **ORDER**

IT IS SO ORDERED this 8th day of October, 2014

                                             /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE