1  D. Randall Ensminger, SBN 202371
   ENSMINGER LAW OFFICES, P.C.
2  424 Lincoln Blvd., Ste. 201
   Lincoln, CA 95648
3  (916) 434-0220 (Phone)
   (916) 434-2530 (Facsimile)
4  Attorney for Defendants

5              UNITED STATES DISTRICT COURT
           IN THE EASTERN DISTRICT OF CALIFORNIA
6

7  TRUSTMARK NATIONAL BANK,          )    Case No.2:14-cv-01891-JAM-DAD
                                     )
8              Plaintiff,            )    STIPULATION TO WITHDRAW
                                     )    MOTIONS AND REMAND;
9        vs.                         )    ORDER (Proposed)
                                     )
10                                   )
                                     )
11 VICTOR VAN DYKE and TERRY         )    Date:   November 5, 2014
   ANN MEISTERING, a/k/a TERRY A.    )    Time:   9:30 a.m.
12 MEISTERING,                       )
                                     )    Hon. John A. Mendez
13             Defendants.           )    501 I Street, 14th Floor, Courtroom 6
   ─────────────────────────────────)    Sacramento, CA 95814
14

15       Come Now Defendants Victor Van Dyke and Terry A. Meistering, by and through their

16 counsel of record, and Plaintiff, Trustmark National Bank, N.A., by and through its counsel of

17 record, Parkinson Phinney and hereby stipulate as follows:

18       1.      The Motions currently set for hearing on November 5, 2014 at 9:30 a.m. are

19 hereby withdrawn with prejudice.

20       2.      The above captioned matter shall be remanded to the Sacramento County

   Superior Court forthwith.
21
         3.      Each side to bear their own costs and attorney fees herein.
22
         IT IS SO STIPULATED.
23

24

25

Trustmark National Bank, N.A. vs. Van Dyke, et al. – Stipulation to Withdraw Motions and Remand; Order    1

Dated: October      , 2014

PARKINSON PHINNEY
Attorneys for Plaintiff

/s/ Margaret Garns
Margaret Garns

Dated: October 23, 2014

/s/ D. Randall Ensminger
D. Randall Ensminger
Attorney for Defendants

[PROPOSED] ORDER

IT IS SO ORDERED this 3rd day of November, 2014

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE