

D. Randall Ensminger, SBN 202371
ENSMINGER LAW OFFICES, P.C.
424 Lincoln Blvd., Ste. 201
Lincoln, CA 95648
(916) 434-0220 (Phone)
(916) 434-2530 (Facsimile)
Attorney for Defendants

## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTMARK NATIONAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR VAN DYKE and TERRY ANN MEISTERING, a/k/a TERRY A. MEISTERING,<br><br>Defendants. | Case No. 2:14-cv-01891-JAM-DAD<br><br>AMENDED STIPULATION TO WITHDRAW MOTIONS AND REMAND; ORDER (Proposed)<br><br>Date: November 5, 2014<br>Time: 9:30 a.m.<br><br>Hon. John A. Mendez<br>501 I Street, 14th Floor, Courtroom 6<br>Sacramento, CA 95814 |

Come Now Defendants Victor Van Dyke and Terry A. Meistering, by and through their counsel of record, and Plaintiff, Trustmark National Bank, by and through its counsel of record, Parkinson Phinney and hereby stipulate as follows:

1. The Motions currently set for hearing on November 5, 2014 at 9:30 a.m. are hereby withdrawn with prejudice.

2. The above captioned matter shall be remanded to the Placer County Superior Court where it is denominated of as Case No. SCV 0034753 forthwith.

3. Each side to bear their own costs and attorney fees herein.

IT IS SO STIPULATED.

Dated: January 15, 2015

PARKINSON PHINNEY
Attorneys for Plaintiff

/s/ Margaret Garms
Margaret Garms

Dated: January 15, 2015

/s/ D. Randall Ensminger
D. Randall Ensminger
Attorney for Defendants

**[PROPOSED] ORDER**

IT IS SO ORDERED this 16th day of January, 2015

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE